*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO MERINO,                              )        No. C 10-1674 RMW (PR)
                                               )
                    Plaintiff,                 )        JUDGMENT
                                               )
        v.                                     )
                                               )
REDWOOD CITY - MAGUIRE COUNTY                  )
JAIL, et al.,                                  )
                                               )
                    Defendants.                )
_____)

        The court has dismissed the instant civil rights complaint for failure to state a cognizable

claim for relief under 42 U.S.C. § 1983 .  A judgment of dismissal is entered.  The clerk shall

close the file.

        IT IS SO ORDERED.

DATED:  _____7/30/10_____                       _____
                                               RONALD M. WHYTE
                                               United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Merino674jud.wpd        1